UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-20881-CIV-MORENO**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MIRIAM ACEVEDO,

Defendant.

_______________________________________/

**ORDER DIRECTING CLERK TO ENTER DEFAULT**

This cause came before the Court upon a *sua sponte* review of the record.

The Court has noted the proof of service on Defendant Miriam Acevedo **(D.E. 8-1)**, filed on **March 23, 2017**. It appears that Defendant Miriam Acevedo has failed to answer or otherwise respond to the Summons and Complaint. Therefore it is

**ADJUDGED** that the Clerk shall file an Entry of Default against Defendant Miriam Acevedo pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Upon entry of default, Plaintiff may file a motion for Default Judgment in accordance with Rule 55(b) of the Federal Rules of Civil Procedure. The Clerk is directed to close the case.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of April 2017.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record